UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY ESPARZA, ) | 1:04-CV-6172 OWW LJO HC |
| Petitioner, ) | |
| ) | ORDER REQUIRING PETITIONER TO |
| ) | SUBMIT STATUS REPORT |
| v. ) | |
| ) | |
| M. KNOWLES, Warden, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 16, 2004, the undersigned issued an order staying the petition pending exhaustion of Petitioner's state remedies. Petitioner was directed to file a status report within thirty (30) days of the order and every thirty (30) days thereafter. On July 7, 2005, Petitioner filed a status report. Over thirty (30) days have since passed and a current status report is now overdue.

Accordingly, Petitioner is ORDERED to submit a status report advising the Court of the cases that have been filed in the state courts, the dates of those filings, and any outcomes within fifteen (15) days from the date of service of this order.

1  Petitioner is forewarned that failure to comply with a Court order will result in appropriate
2  sanctions, including dismissal of the petition, pursuant to Local Rule 11-110.
3  IT IS SO ORDERED.
4  **Dated:     September 9, 2005**               **/s/ Lawrence J. O'Neill**
   b9ed48                             UNITED STATES MAGISTRATE JUDGE