UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ANTHONY ESPARZA, | ) | 1:04-CV-06172 OWW LJO HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING PETITIONER LEAVE |
| v. | ) | TO FILE AN AMENDED PETITION |
| M. KNOWLES, Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 9, 2004, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Eastern District of California, Sacramento Division. On August 26, 2004, the matter was transferred to the Fresno Division of the Eastern District of California and received in this Court.

Also on August 9, 2004, Petitioner filed a motion to stay the proceedings and hold the petition in abeyance pending exhaustion of additional grounds identified in said motion. The Court granted Petitioner's motion on November 16, 2004, and issued a stay of the proceedings. Thereafter, Petitioner filed monthly status reports advising the Court of his progress through the state courts. On November 7, 2006, Petitioner filed a status report advising the Court that he had exhausted his

1 claims in state court.

2      Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> Amendments. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Petitioner has shown good cause to amend his petition to include the newly exhausted claims he identified in his motion of August 9, 2004. Pursuant to this Court's order of November 16, 2004, Petitioner is GRANTED thirty (30) days to file an amended petition. Petitioner is advised that failure to comply will result in this Court vacating the stay *nunc pro tunc* to the date of this order. Kelly v. Small, 315 F.3d 1063, 1071 (9th Cir.2003).

IT IS SO ORDERED.

**Dated:   November 21, 2006**         /s/ Lawrence J. O'Neill
b9ed48                                                         UNITED STATES MAGISTRATE JUDGE