UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY ESPARZA, | 1:04-CV-06172 LJO DLB HC |
| Petitioner, | |
| v. | ORDER REFERRING ACTION TO MAGISTRATE JUDGE DENNIS L. BECK |
| M. KNOWLES, Warden, | |
| Respondent. | |

The undersigned, having been appointed District Judge, finds the necessity for referral of the above-captioned case, and for notice be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above-captioned case shall be and is hereby REFERRED to Magistrate Judge Dennis L. Beck for further proceedings. The new case number for this action, which must be used on all future documents filed with the Court, is:

**1:04-CV-06172 LJO DLB HC**

All dates currently set in this referred action shall remain pending subject to further order of the Court.

IT IS SO ORDERED.

**Dated:   August 21, 2007**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE