# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY ESPARZA, ) | 1:04-CV-06172 LJO DLB HC |
| Petitioner, ) | |
| v. ) | ORDER GRANTING EXTENSION OF TIME |
| M. KNOWLES, ) | [Doc. #55] |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 3, 2007, Petitioner filed a request for an extension of time in which to file objections to the Findings and Recommendation. Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order to file objections.

IT IS SO ORDERED.

Dated:   **November 5, 2007**             **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE