IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY ESPARZA,<br><br>    Petitioner,<br><br>    vs.<br><br>M. KNOWLES, et al.<br><br>    Respondents.<br>_____/ | 1:04-cv-06172 LJO DLB (HC)<br><br>ORDER CONSTRUING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CERTIFICATE OF APPEALABILITY AS MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL (DOCUMENT #59)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 28, 2007, petitioner's case was dismissed and judgment was entered. On February 22, 2008, petitioner filed a motion to extend time entitled, "Motion Requesting Time Extension in Which to File Request to be Issued a Certificate of Appealability".

This Court issued an order declining to issue a certificate of appealability in this matter on December 28, 2007 (Doc. 57); therefore, petitioner's motion described above is construed as a motion to extend time to file a notice of appeal.

A notice of appeal must be filed with the district clerk within 30 days after the judgment or order appealed from is entered. Fed. R. App. P. 4(a)(1)(A). However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A).

1  Accordingly, good cause having been presented to the Court, and GOOD CAUSE
2  APPEARING THEREFOR, IT IS HEREBY ORDERED that petitioner's motion to extend time
3  to file the appeal is GRANTED. Pursuant to Fed. R. App. P. 4(a)(5)(C), Petitioner is GRANTED
4  an extension of time of ten court days (plus three days for mailing) from the date of service of this
5  order to file a notice of appeal.

6  IT IS SO ORDERED.

7  **Dated:   March 13, 2008**              /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE